# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-0325
_____

KARLA DELGADO ARELLANO,

    Appellant,

v.

MARIO GARCIA HERNANDEZ,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.


April 2, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christine S. Cook of Christine Sue Cook, LLC, Pensacola, for Appellant.

Charles F. Beall, Jr., of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellee.